

# NUMBER 13-16-00353-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MISTY ELLES,               Appellant,

## V.

THE STATE OF TEXAS,             Appellee.

On appeal from the 94th District Court
of Nueces County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Order Per Curiam

This cause is before the Court regarding the preparation of the reporter's record in this cause. The court reporter has informed this Court that appellant has failed to request the reporter's record.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(2). Accordingly,

this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellant desires to prosecute the appeal and whether appellant is indigent and thus entitled to a free record and appointment of counsel on appeal. If appellant desires to prosecute the appeal, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of October, 2016.